# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DAVID A. MCCOY,**

      **Plaintiff,**

  v.                                                     **Case No.: 2:13-cv-1088**
                                                             **JUDGE GEORGE C. SMITH**
                                                             **Magistrate Judge King**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

      **Defendant.**

## ORDER

      This case is before the Court to consider the Report and Recommendation issued by the Magistrate Judge on September 3, 2014.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  The decision of the Commissioner of Social Security is hereby **AFFIRMED** and this action is **DISMISSED**.

      The Clerk shall remove Document 18 from the Court's pending motions list.

      **IT IS SO ORDERED.**

                                                            */s/ George C. Smith*
                                                            **GEORGE C. SMITH, JUDGE**
                                                           **UNITED STATES DISTRICT COURT**